```
              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
```

| | | |
|---|---|---|
| DAVID BURNS, | ) | 3:18-CV-0086-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 30, 2020 |
| | ) | |
| TASHEENA SANDOVAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                  </u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is plaintiff's motion for order compelling discovery (ECF No. 70), motion for sanctions (ECF No. 71), and motion to extend time for discovery (ECF No. 72). Defendants responded (ECF Nos. 73/77), and no reply was filed.

    Plaintiff's motion for order compelling discovery (ECF No. 70) is **DENIED**. The court notes that although defendants concede certain discovery responses were untimely, plaintiff also failed to meet and confer pursuant to LR 26-7(c) before filing his motion. Additionally, the court has reviewed the defendants' objections to the discovery requests and determines that the objections are proper and shall stand.

    Plaintiff's motion for sanctions (ECF No. 71) is **DENIED**. Defendants misstate in their opposition that plaintiff is seeking Rule 11 sanctions. In fact, plaintiff specifically states that he is seeking sanctions pursuant Fed. R. Civ. P. 37(b). Nevertheless, sanctions are not warranted in this instance as plaintiff's motion was denied.

    Plaintiff's motion to extend time for discovery (ECF No. 72) is unopposed and is **GRANTED** as follows:

    Discovery shall be completed no later than **Monday, March 30, 2020**;
    Dispositive motions shall be filed no later than **Thursday, April 30, 2020**;
    The joint pretrial order shall be filed no later than **Monday, June 1, 2020**, or 30 days after the decision of any pending dispositive motions.

Defendants' motion to extend deadline to file dispositive motion (ECF No. 75) is **GRANTED**.  As stated above, dispositive motions are due on **Thursday, April 30, 2020.**

Plaintiff's motion for inquiry on previously sent motions (ECF No. 76) is **GRANTED**.  Several of plaintiff's motion have been addressed in this order.  Other motions submitted by plaintiff concerning filing a third amended complaint (ECF Nos. 64 & 65), and for appointment of counsel (ECF No. 79) will be addressed in subsequent orders in due course.

**IT IS SO ORDERED.**

                                      DEBRA K. KEMPI, CLERK

                          By:_____/s/_____
                                    Deputy Clerk